THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RALPH GIFFONE, Appellant. (No. 157 E.)

Close, P. J., Hagarty, Carswell and Johnston, JJ., concur; Adel, J., dissents and votes to affirm the order.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK IRWIN, Appellant.—

Present — Close, P. J., Hagarty, Carswell and Johnston, JJ.; Adel, J., not voting.